UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: ) | CASE NO: 12-51176-399 | |
| ) | | |
| Craig Spruill, ) | CHAPTER 11 | |
| ) | | |
| Debtor and ) | Response Due: March 26, 2013 | |
| Debtor in Possession, ) | Hearing Date: April 3, 2013 | |
| ) | Hearing Time: 2:00 p.m. | |
| _____) | Location: Fifth Floor, North Courtroom | |

## NOTICE OF HEARING

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that a hearing will be held on the Debtor-in-Possession's Motion to Approve Disclosure Statement in Support of Plan of Reorganization: Ballot Counting Procedures for Plan of Reorganization; and Form of Ballot on **April 3, 2013 at 2:00 p.m. before the Honorable Barry S. Schermer, Chief Judge, U.S. Bankruptcy Court, in the United States Bankruptcy Court, 5th Floor North, Thomas F. Eagleton United States Courthouse, 111 South 10th Street, St. Louis, Missouri.** Copies of the Motions will be available from the Court or by written request to the undersigned counsel.

**WARNING: Any response or objection shall be filed with the Court by March 26, 2013. A copy shall be promptly served upon the undersigned. Failure to file a timely response may result in the Court granting the relief requested prior to the hearing date.**

DATED: March 8, 2013           _____/s/Rochelle Stanton_____
                               ROCHELLE D. STANTON, MO Bar #49641
                               Attorney for Debtor and Debtor-in-Possession
                               Federal Bar #49641MO
                               745 Old Frontenac Square, Ste. 202
                               Frontenac, MO  63131
                               (314) 991-1559
                               (314) 991-1183 Fax

rstanton@rochellestanton.com