**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | CASE NO: 12-51176-399 |
| | ) | |
| Craig Spruill, | ) | CHAPTER 11 |
| | ) | |
| Debtor and | ) | Response Due: March 26, 2013 |
| Debtor in Possession. | ) | Hearing Date: April 3, 2013 |
| | ) | Hearing Time: 2:00 p.m. |
| _____ | ) | Location: Fifth Floor, North Courtroom |

NOTICE OF CHAPTER 11 DISCLOSURE STATEMENT
<u>AND HEARING THEREON</u>

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on March 2, 2013, a Disclosure Statement in connection with a Plan of Reorganization was filed by Craig Spruill, an individual. These documents may be inspected during usual business hours at the offices of the Clerk of the Bankruptcy Court, are available electronically through PACER (http://pacer.moeb.uscourts.gov), and copies may be requested in writing and obtained without charge from the attorney for the proponent of the plan, whose name, address and telephone number are printed below. A copy of such request shall also be filed with the Court.

**TAKE FURTHER NOTICE** that a hearing to consider approval of the Disclosure Statement will be held on **April 3, 2013 at 2:00 p.m. in the United States Bankruptcy Court, 5th Floor North, Thomas F. Eagleton United States Courthouse, 111 South 10th Street, St. Louis, Missouri.** You are welcome, but not required to attend this hearing.

Any objection to the Disclosure Statement must be filed with the Court and served

on the debtor or the proponent of the Plan (if not the Debtor) and all entities described in L.R. 3017 C.  **Objections must be filed on or before March 26, 2013.**

The objection shall identify those portions of the Disclosure Statement which the Objecting party asserts are incomplete, misleading, erroneous, or are otherwise the basis for the objection and shall state in detail the information sought to be added or deleted from the Disclosure Statement.  Where appropriate, the Objector shall propose acceptable language which the Objector requests be included in the Disclosure Statement.

The Disclosure Statement must be approved by the Bankruptcy Court before the Plan may be submitted to the creditors for a vote.  A copy of the Plan, Approved Disclosure Statement, and Notice of Hearing on Confirmation of the Plan will be sent to all parties in interest at a later date.

DATED: March 8, 2013      _____/s/Rochelle Stanton_____
              ROCHELLE D. STANTON, MO Bar #49641
              Attorney for Debtor and Debtor-in-Possession
              Federal Bar #49641MO
              745 Old Frontenac Square, Ste. 202
              Frontenac, MO  63131
              (314) 991-1559
              (314) 991-1183 Fax
              rstanton@rochellestanton.com