# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 12-51176-399 |
| | ) | |
| CRAIG SPRUILL, | ) | Chapter 11 |
| | ) | |
| | ) | MOTION TO SET CREDITOR |
| Debtor and | ) | CLAIMS BAR DATE |
| Debtor in Possession. | ) | |
| _____) | | Hearing: May 8, 2013 @ 2:00 p.m. |

COMES NOW Debtor, Craig Spruill, by and through his counsel and for his Motion to Set Bar Date states as follows:

1. Applicant brings this Motion pursuant to 11 U.S.C. §105(a). This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§151 and 1334 and Local Rule 9.01 of the United States District court for this District. This is a core proceeding pursuant to 28 U.S.C. §157(b). Venue is proper pursuant to 28 U.S.C. §1409.

2. This is an individual Chapter 11 case. Prior to the filing of this Motion, Debtor has filed his Chapter 11 Plan of Reorganization and its accompanying Disclosure Statement.

3. Debtor wishes to set a Creditor Claims Bar Date prior to the Confirmation hearing on the Plan itself. Debtor further requests that the Court establish a Claims Bar Date of June 28, 2013, a date after which no creditor will be permitted to file a Claim in this case.

WHEREFORE, Debtors pray for an Order of this Court setting the Claims Bar Date and granting such other and further relief as the Court may deem proper.

1

Dated: April 8, 2013        _____/s/Rochelle Stanton_____
Rochelle D. Stanton, Fed. Bar #49641MO
Attorney for Debtor, MO Bar No. 49641
745 Old Frontenac Square, Ste. 202
Frontenac, MO 63131
(314) 991-1559 telephone
(314) 991-1183 facsimile
rstanton@rochelledstanton.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Eastern District of Missouri to the parties requesting service by electronic filing. I hereby also certify that a copy of the foregoing was served via United States Mail, first class postage prepaid, on the date of the electronic filing of this document to those individuals and entities not requesting service by electronic filing. The individuals and entities being served electronically or by mail listed on the mailing matrix below.

Missouri Department of Revenue
General Counsels Office
P.O. Box 475
Mail Stop 202
Jefferson City, MO 65105-0100

**Internal Revenue Service**
P.O. Box 7346
Philadelphia PA 19101

Ally Financial
200 Renaissance Ctr.
Detroit, MI 48243

American Express
P.O. Box 297871
Fort Lauderdale, FL 33329

FIA Card Services, N.A.
Bank of America
4161 Piedmont Parkway
Greensboro, NC 27410

Bank of America
P.O. Box 982235
El Paso, TX 79998

Capital One Auto Finance
3901 Dallas Pkwy.
Plano, TX 75093

Charter Communications
P.O. Box 790223
Saint Louis, MO 63179

Chase
P.O. Box 15298
Wilmington, DE 19850

Citi Cards
P. O. Box 6241
Sioux Falls, SD 57117

Citibank, NA
P.O. Box 6615
The Lakes, NV 88901

Community South Bank
Small Business Lending Div.
625 S. Gay Street, Ste. 450
Knoxville, TN 37902

Community South Bank
c/o Andrew G. Neill
222 So. Central , Ste. 202
Saint Louis, MO 63105

Credit Protection Assoc.
13355 Noel Road
Ste. 2100
Dallas, TX 75240

First Data Global Leasing
4000 Coral Ridge Dr.
Pompano Beach, FL 33065

GMAC
P.O. Box 380901
Minneapolis, MN 55438

Kappel Neill, LLC
Attorneys at Law
222 So. Central, Suite 202
Saint Louis, MO 63105

Midland Funding

8875 Aero Dr., Ste. 2
San Diego, CA 92123

North County Emergency Phys. LLP
75 Remit Dr., Ste. 6810
Chicago, IL 60675

Platte River Insurance Company
c/o JOMax Recovery Services
14100 N. 83rd. Ave., Ste. 235
Peoria, AZ 85381

Regions Mortgage
P.O. Box 110
Hattiesburg, MS 39403-0110

United Collection Bureau, Inc.
P.O. Box 140190
Toledo, OH 43614-0190

VeriCrest
P.O. Box 24610
Oklahoma City, OK 73124